# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150050(96)(99)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

SC: 150050
v
COA: 312645
Wayne CC: 11-007866-FC

JAMES WALTER JONES,
       Defendant-Appellant.
_____/

On order of the Chief Justice, the motion to withdraw as assigned counsel so that defendant-appellant can proceed in propria persona is GRANTED. On further order of the Chief Justice, the motion filed by defendant-appellant to strike the application for leave to appeal filed by assigned counsel is GRANTED. The pro per application for leave to appeal received from defendant-appellant on September 29, 2014, is accepted for filing on the date of this order. The plaintiff-appellee may file a new response to the pro per application by October 22, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014

